IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD RAY WILLIAMS,                    No C-10-2711 VRW (PR)

        Plaintiff,

    v                                   ORDER OF DISMISSAL

JOHN DOE,

        Defendant(s).
                                      /

        On June 22, 2010, plaintiff, a prisoner presently incarcerated at Pelican Bay State Prison and frequent litigant in both state and federal court, filed a letter with the court.  Doc #1.  The court clerk notified plaintiff in writing at that time that because he neither filed a formal civil rights complaint under 42 USC § 1983 using the court-approved form nor did he pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official, the action was deficient and

1  could not proceed.  See 28 USC § 1915(a)(2).  Plaintiff was advised
2  that failure to file the requested items within thirty (30) days
3  would result in dismissal of the action.  Doc ## 2 & 3.
4         Over forty days have elapsed since plaintiff was notified
5  of his filing deficiencies; however, he has neither provided the
6  court with the requisite items nor filed a request for an extension
7  of time to do so.  The action, therefore, is DISMISSED without
8  prejudice.
9         The clerk is directed to terminate all pending motions as
10 moot and close the file.
11
12        IT IS SO ORDERED.
13
14 DATED    8/4/2010                _____
15                                  VAUGHN R WALKER
                                    United States District Chief Judge
16
...
26 G:\PRO-SE\VRW\CR.10\Williams-10-2711-no complaint-no ifp-dismissal.wpd
27
28                              **2**